THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>VIHN Q. NGUYEN, *et al.*,<br><br>Defendants. | CASE NO. CR15-0120-JCC<br><br>ORDER |

This matter comes before the Court on the United States' motion for entry of a final order of forfeiture (Dkt. No. 1104) with respect to the following assets:

(a) $940.50 in U.S. Currency, more or less, seized from Defendant on April 21, 2015; and

(b) One (1) Silver 2006 Honda Civic, bearing Washington State license plate no. ANC2840 and VIN No. 2HGFG1282H559571.

The Court, having reviewed the record, FINDS as follows:

- On August 9, 2016, the Court entered a stipulated preliminary order of forfeiture in the above-captioned case forfeiting the interest of Defendant VINH Q. NGUYEN in the above-described property (Dkt. No. 816).
- The United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 857),

1 | and provided direct notice to a potential claimant, as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A); and,

- The time for filing third-party petitions has expired, and none were filed.

Therefore, the Court ORDERS that:

1. No right, title or interest in the above-listed property exists in any party other than the United States;
2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,
3. The Department of Justice, and/or its representative, is authorized to dispose of the above-listed property as permitted by governing law.

DATED this 9th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR15-0120-JCC
PAGE - 2