THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-120-RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION |
| v. | ) | TO WITHDRAW AND FOR |
| | ) | APPOINTMENT OF SUBSTITUTE |
| VINH Q. NGUYEN, | ) | COUNSEL |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered the motion by counsel for Vinh Nguyen to

withdraw as counsel and for appointment of new CJA counsel, and the records and files

in this case, and finding good cause,

IT IS NOW ORDERED that the Motion (Dkt. #1185) is GRANTED.  Assistant

Federal Public Defenders Christopher Sanders and Nancy Tenney and the Office of the

Federal Public Defender are permitted to withdraw as counsel in this matter, and that

new counsel shall be appointed from the CJA panel.

DATED this 31st day of January, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**